IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LYNDA GARCIA,**

**Plaintiff,**

**v.**  1:11-CV-00119-ACT-WDS

**METROPOLITAN LIFE
INSURANCE COMPANY,**

**Defendant.**

## ORDER TO EXTEND CASE DEADLINES

THIS MATTER, comes before the court on the Stipulated Motion to Extend Case Deadlines.

The Court, having reviewed the motion finds it to be well taken and sets the following deadlines:

August 18, 2011: Plaintiff's expert designations.

September 17, 2011: The Defendant's expert designations.

November 14, 2011: Discovery ends.

November 25, 2011: Motions relating to discovery.

January 06, 2011: Pretrial motions.

March 09, 2012: Plaintiffs' portion of Pretrial Order to Defendant.

March 19, 2012: Defendant files Pretrial Order with Court.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge