**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LYNDA GARCIA,**

    **Plaintiff,**

**v.**   No. 11-cv-0119 ACT/WDS

**METLIFE INSURANCE COMPANY,**
**PAUL REVERE LIFE INSURANCE CO.,**
**UNUM GROUP,**

    **Defendants.**

**ORDER SETTING SECOND SETTLEMENT CONFERENCE**

THIS MATTER comes before the Court on an Order of Referral [Doc. 74], issued by the Honorable Alan C. Torgerson, United States Magistrate Judge, who is presiding by consent in this case.  Judge Torgerson refers the case to the undersigned for a Rule 16 settlement conference.  *Id.* Accordingly, to facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure.  The conference will be held on **Monday, April 23, 2012 at 9:00 a.m.** in the Pecos Courtroom on the third floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

By no later than **April 16, 2012**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case. The position statement should also provide a brief summary of any significant events that have occurred since the first settlement conference (i.e., new facts disclosed through discovery, rulings on substantive motions, etc.) and explain how such events have changed

counsel's evaluation of the case, if applicable.  Position statements should be submitted to the Court by electronic mail to **VidmarChambers@nmcourt.fed.us**.

The settlement conference may not be vacated or rescheduled except upon motion by the party or parties seeking to reschedule for good cause shown.  Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR
United States Magistrate Judge**